United States Bankruptcy Court
District of North Dakota

In re:                                                                Case No. 18-30284-skh
Robert L Heier                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3            User: vck                 Page 1 of 2              Date Rcvd: May 16, 2018
                                Form ID: 309A             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db          +Robert L Heier,   4907 114th Ave SE,   Kathryn, ND 58049-9708
1004909     +CHS,   5500 cenex drive,   inner grove heights, MN 55077-1721
1004904      Cap1/cbela,   4800 NW 1st St,   Lincoln, NE 68521-4463
1004913     +Dakota central,   604 18th st sw,   jamestown, ND 58401-6266
1004916      MDU,   bismarck, ND 58503
1004922      SBA,   jamestown, ND 58401
1004911      dacotah bank,   valley city, ND 58072
1004917     +north dakota development fund,   1600 e century ave suite 2,   bismarck, ND 58503-0649
1004918      ocwen financial,   p.o. box 660264,   dallas, TX 75266-0264
1004919     +okeeffe obrien lyson foss,   720 main ave,   fargo, ND 58103-1807
1004925     +turman and lang ltd,   505 north broadway,   fargo, ND 58102-4489
1004930     +us foods,   4601 32nd ave s,   grand forks, ND 58201-3302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: canderson@bismarcklaw.com May 16 2018 19:09:00     Chad Everett Anderson,
              Larson Latham Huettl,   1100 College Dr.,   PO Box 2056,   Bismarck, ND 58503
tr          +EDI: BKMKALER.COM May 16 2018 23:13:00     Kip M. Kaler,   Bankruptcy Trustee,
              3429 Interstate Blvd.,   P.O. Box 9231,   Fargo, ND 58106-9231
1004906      EDI: CAPITALONE.COM May 16 2018 23:14:00     Capital One,   15000 Capital One Dr,
              Richmond, VA 23238-1119
1004905      EDI: CAPITALONE.COM May 16 2018 23:14:00     Cap1/mnrds,   26525 N Riverwoods Blvd,
              Mettawa, IL 60045-3440
1004915     +EDI: CBSKOHLS.COM May 16 2018 23:13:00     Kohls/capone,   N56 W 17000 Ridgewood Dr,
              Menomonee Falls, WI 53051-7096
1004920      E-mail/Text: pete@redrivercollections.com May 16 2018 19:09:05     Red River Collections,
              1644 Tom Williams Dr S,   Fargo, ND 58104-6187
1004924      E-mail/Text: marisa.sheppard@timepayment.com May 16 2018 19:09:02     Timepayment Corp,
              1600 District Ave Ste 20,   Burlington, MA 01803-5232
1004929      EDI: USBANKARS.COM May 16 2018 23:13:00     US Bk Rms Cc,   PO Box 108,
              Saint Louis, MO 63166-0108
1004927      EDI: USBANKARS.COM May 16 2018 23:13:00     us bank,   80 s 8th st ste,
              minneapolis, MN 55402
1004926      EDI: USBANKARS.COM May 16 2018 23:13:00     us bank,   80 s 8th st ste 224,
              minneapolis, MN 55402
1004928      EDI: USBANKARS.COM May 16 2018 23:13:00     us bank,   80s 8th st ste,   minneapolis, MN 55402
1004907     +EDI: CAPITALONE.COM May 16 2018 23:14:00     capital one,   1680 capital one dr,
              mcclean, VA 22102-3407
1004910     +E-mail/Text: cmcsmi@cmcs.com May 16 2018 19:09:02     cmcs,   10192 grand river road suite 111,
              brighton, MI 48116-6531
1004912     +E-mail/Text: legal@dacotahbank.com May 16 2018 19:09:01     dacotah bank,   p.o. box 997,
              valley city, ND 58072-0997
1004914     +EDI: CBSKOHLS.COM May 16 2018 23:13:00     kohls,   n56 w17000 ridgewood dr,
              menomonee falls, WI 53051-7096
1004921     +E-mail/Text: pete@redrivercollections.com May 16 2018 19:09:05     red river collections,
              1644 tom williams dr s #c,   fargo, ND 58104-6187
1004923     +E-mail/Text: marisa.sheppard@timepayment.com May 16 2018 19:09:02     time payment corp,
              1600 district avenue suite 200,   burlington, MA 01803-5233
                                                                                             TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1004908*    +capital one,   1680 capital one drive,   mcclean, VA 22102-3407
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0868-3          User: vck                  Page 2 of 2                   Date Rcvd: May 16, 2018
                              Form ID: 309A              Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
              Chad Everett Anderson    on behalf of Debtor Robert L Heier canderson@bismarcklaw.com
              Kip M. Kaler    ND04@ecfcbis.com
              Robert B. Raschke    USTPRegion12.SX.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Robert L Heier**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8179**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of North Dakota** | | Date case filed for chapter   **7**   **5/15/18** |
| Case number:   **18–30284** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Robert L Heier | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 4907 114th Ave SE<br>Kathryn, ND 58049 | | |
| 4. | **Debtor's attorney**<br>Name and address | Chad Everett Anderson<br>Larson Latham Huettl<br>1100 College Dr.<br>PO Box 2056<br>Bismarck, ND 58503 | | Contact phone:  701–223–5300<br><br>Email:  canderson@bismarcklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Kip M. Kaler<br>Bankruptcy Trustee<br>3429 Interstate Blvd.<br>P.O. Box 9231<br>Fargo, ND 58106 | | Contact phone:  701–232–8757<br><br>Email:  ND04@ecfcbis.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 6. | **Bankruptcy clerk's office** | 655 1ST AVENUE NORTH, SUITE 210 <br> FARGO, ND 58102 | Office Hours: 8:00am–4:30pm Mon–Fri |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | Contact phone (701) 297–7100 <br><br> Date: 5/16/18 |
| 7. | **Meeting of creditors** | **July 9, 2018 at 09:00 AM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **U.S. Post Office, 657 2nd Avenue North, Room 319, Fargo, ND 58102** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/7/18** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |