United States Bankruptcy Court
District of North Dakota

In re:                                                                    Case No. 18-30284-skh
Robert L Heier                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0868-3          User: admin              Page 1 of 1            Date Rcvd: Jul 17, 2018
                              Form ID: ntcdted         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
db             +Robert L Heier,    4907 114th Ave SE,    Kathryn, ND 58049-9708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2018 at the address(es) listed below:
              Chad Everett Anderson    on behalf of Debtor Robert L Heier canderson@bismarcklaw.com
              Jon R. Brakke    on behalf of Creditor    Dacotah Bank jbrakke@vogellaw.com,
               jnona@vogellaw.com;parmstrong@vogellaw.com;sthompson@vogellaw.com;r51072@notify.bestcase.com
              Kip M. Kaler    ND04@ecfcbis.com
              Robert B. Raschke    USTPRegion12.SX.ECF@usdoj.gov
                                                                                             TOTAL: 4

NtcDtEd (12/15)

**UNITED STATES BANKRUPTCY COURT**
**District of North Dakota**
**655 1ST AVENUE NORTH, SUITE 210**
**FARGO, ND 58102**

In Re:

Robert L Heier

Debtor(s)

Bankruptcy Proceeding No.  18–30284
Chapter  7

Judge:  Shon Hastings

# NOTICE OF REQUIREMENT TO FILE STATEMENT OF

# COMPLETION OF A PERSONAL FINANCIAL MANAGEMENT COURSE

Notice is hereby given that, subject to statutory exceptions, pursuant to 11 U.S.C. § 727(a)(11) and 11 U.S.C. § 1328(g)(1) an individual debtor must complete an instructional course in personal financial management in order to recieve a discharge under chapter 7 (11 U.S.C. § 727) and chapter 13 (11 U.S.C. § 1328).

Pursuant to Fed.R. Bankr. P. 1007(b)(7) unless an approved provider of an instructional course concerning personal financial management has notified the Court that a debtor has completed the course after filing the petition an individual *debtor(s) in an chapter 7 or a chapter 13 case must complete and file *Certification About a Financial Management Course (Official Form B423)* for cases under:

- Chapter 7:  Within 60 days after the first date set for the meeting of creditors under § 341 of the Code.
- Chapter 13: No later than the last payment made by the debtor(s) as required by the plan or the filing of a motion for entry of discharge under § 1328(b).

Failure to file the certification within the applicable time limit under Rule 1007(c) will result in the case being closed without an entry of discharge. If the debtor(s) subsequently files a Motion to Reopen the Case to allow for the filing of the Official Form B423, the debtor(s) must pay the full reopening fee due for filing the motion.

The Personal Financial Management Course Certificate should not be confused with the Certificate of Credit Counseling which should be filed with the petition.

   * *In a joint case, each debtor must file a separate certification (Official Form B423).*

   Dated:  7/16/18

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court

Copy mailed to debtor:
Robert L Heier
4907 114th Ave SE
Kathryn, ND 58049